**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1203**
_____

DANIELLE STANLEY, MSW,

               Plaintiff - Appellant,

     v.

THE CHILDREN'S GUILD INCORPORATED,

               Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Senior District Judge.  (1:10-cv-02280-JFM)

_____

Submitted:  June 30, 2011         Decided:  July 5, 2011

_____

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Danielle Stanley, Appellant Pro Se.  James Sunderland Aist, Ryan Keith Bautz, ANDERSON, COE & KING, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danielle Stanley appeals the district court's order granting The Children's Guild Inc.'s motion to dismiss her employment discrimination action. We have reviewed the record and find no error. Accordingly, we affirm for the reasons stated by the district court. Stanley v. The Children's Guild Inc., No. 1:10-cv-02280-JFM (D. Md. Feb. 10, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED